

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

December 2, 2019

**BY ECF**
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2019

    Re:    Brock v. Avanzado, et al., 19-CV-5891 (VB)

Dear Judge Briccetti:

This Office represents Defendants in the above-referenced matter. On November 15, 2019, Defendants filed a Fed. R. Civ. P. 12(b)(6) motion to dismiss. After consultation with pro se Plaintiff regarding a briefing schedule, I write on behalf of the parties to respectfully request that the Court set a deadline of December 31, 2019 for Plaintiff to file his opposition and January 17, 2020 for Defendants to file their reply.

                              Respectfully submitted,
                              /s/ Yan Fu
                              Yan Fu
                              Assistant Attorney General
                              (212) 416-8582

cc:    Vincent Brock
       Comprehensive Rehab Center of Williamsville
       147 Reist Street
       Williamsville, NY 14221

---

APPLICATION GRANTED. Plaintiff's opposition due 12/31/2019; defendants' reply due 1/17/2020. Clerk shall terminate the motion (Doc. #33) and mail a copy of this Order to plaintiff at the address on the docket.

SO ORDERED

*[signature]*

Vincent L. Briccetti, U.S.D.J., 12/2/2019