UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINCENT BROCK,
               Plaintiff,

v.

DR. AVANZADO, DR. PARIKH, R.N.
HANEWOOD, DR. ZIMMELUS, R.N.
STEVENS, R.N. AWAKA, and R.N. ANN
MILANES,
               Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 5891 (VB)

    Plaintiff, proceeding <u>pro se</u> and <u>in forma pauperis</u>, filed a motion dated March 23, 2020, in which he requests (i) to address the Court in person, (ii) an extension of time to "perfect" his claim, and (iii) an attorney. (Doc. #46).

    First, to the extent plaintiff seeks a hearing in front of the Court, that request is DENIED. There is no basis for a hearing at this time. The pending fully submitted motion to dismiss will be decided on the papers in due course.

    Second, plaintiff's request for an extension of time "to perfect his claim" is DENIED. It is not clear what plaintiff means in this regard. In any event, plaintiff already submitted an opposition to defendants' motion to dismiss (Docs. ##40, 41), and need not take further action at this time.

    Finally, plaintiff's request for the Court to seek <u>pro bono</u> counsel on his behalf is DENIED WITHOUT PREJUDICE. As the Court previously ordered (Docs. ##12, 38), there are no exceptional circumstances in plaintiff's case that warrant the appointment of counsel at this time. <u>See</u> 28 U.S.C. § 1915(e)(1); <u>Cooper v. A. Sargenti Co., Inc.</u>, 877 F.2d 170, 172 (2d Cir. 1989). Of course, plaintiff is always free to retain an attorney on his own.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore <u>in forma pauperis</u> status is denied for the purpose of an appeal. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444–45 (1962).

Dated: April 6, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge