UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

VINCENT A. BROCK,                                       :
                        Plaintiff,                      :
                                                        :      **ORDER**
v.                                                      :
                                                        :      19 CV 5891 (VB)
DR. AVANZATO and DR. ZAMILUS,                           :
                        Defendants.                     :
--------------------------------------------------------------x

   This case is scheduled for an initial conference on October 22, 2020, at 11:00 a.m., to proceed by telephone.  (See Doc. #49).

   By October 19, 2020, the parties shall file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order.

   Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated:  September 29, 2020
   White Plains, NY

          SO ORDERED:

          Vincent L. Briccetti
          United States District Judge