Copies Mailed/Faxed 10/22/20
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VINCENT A. BROCK,
        Plaintiff,

v.

DR. AVANZATO and DR. ZAMILUS,
        Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 5891 (VB)

10/22/20

As discussed at an on-the-record conference attended by defendants' counsel, and at which plaintiff, proceeding pro se, did not appear, it is HEREBY ORDERED:

1. By October 29, 2020, defense counsel shall file on the ECF docket a suggestion of plaintiff's death. By that same date, defense counsel shall also file on the ECF docket an affidavit of service to confirm he mailed the suggestion of death to plaintiff at the address on the docket.

2. Fed. R. Civ. P. 25(a)(1) states that if a motion to substitute a deceased party "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." This 90-day clock will begin to run on the day that the suggestion of plaintiff's death is filed on the docket.

3. By no later than February 1, 2021, defense counsel shall file a letter stating whether he has become aware of any successor or representative of plaintiff or defendant Dr. Avanzato.

4. Discovery is stayed.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: October 22, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge